IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYRNA L. GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 06-076-LPS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, John S. Grady, Esquire, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Three Thousand Four Hundred Eighty-Three dollars and 00/00 cents ($3,483.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

BY THE COURT:

_____
U.S. Magistrate Judge